UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00053-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES GARY HUMPHREY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Motion of the Government, as agreed upon by Defendant and the victim "Lily" through her counsel, for issuance of an Order to amend restitution in this case within the 90 day time period.

IT IS THEREFORE ORDERED for the reasons set forth in the Motion (Doc. No. 39) that the Clerk of Court shall issue an Amended Judgment reflecting the agreed upon restitution payment in the amount of $3,500 to the victim, "Lily," imposed against the above-named Defendant. Payments are to begin immediately.

IT IS SO ORDERED.

Signed: August 2, 2018

Frank D. Whitney
Chief United States District Judge

1